HARVEY P. SACKETT (72488)

**SACKETT**
**AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

*E-FILED 12/6/07*

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RS

| | |
|---|---|
| ROYCE GATHERER, | )  Civil No. C07-03191 XXXXXXXX |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  STIPULATION AND PROPOSED |
| | )  ORDER |
| MICHAEL J. ASTRUE, | ) |
| Commissioner, | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |
| | ) |

   Plaintiff and Defendant, through their respective attorneys, hereby stipulate that

Plaintiff shall have an extension of time of (30) days up through and including

Wednesday, January 7, 2008 in which to e-file her Motion for Summary Judgment.

This extension is necessitated by the number of other cases (14) Plaintiff's counsel

currently has before this district court and other district courts that also require

briefing in and around this time frame.

STIPULATION AND ORDER

1

2                                              SCOTT N. SCHOOLS

3                                              United States Attorney

4

5

6   Dated: December 6, 2007              /s/ _____

7                                              SARAH RYAN
                                               Assistant U.S. Attorney
8

9

10

11  Dated: December 6, 2007              /s/ _____

12                                             HARVEY P. SACKETT
                                               Attorney for Plaintiff
13                                             ROYCE GATHERER

14

15  IT IS SO ORDERED.

16

17

    Dated:        December  6, 2007     _____
18
                                        HON. ~~HOWARD R. LLOYD~~ Richard Seeborg
19                                      United States Magistrate Judge

20

21

22

23

24

25

26

27

28

                                        2

STIPULATION AND ORDER