HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

*E-FILED 12/6/07*

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYCE GATHERER,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner,<br>Social Security Administration,<br><br>    Defendant. | Civil No. C07-03191 RS XXX(XXXX)<br><br>STIPULATION AND PROPOSED ORDER |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time of (30) days up through and including Wednesday, January 7, 2008 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases (14) Plaintiff's counsel currently has before this district court and other district courts that also require briefing in and around this time frame.

1

STIPULATION AND ORDER

1
2        SCOTT N. SCHOOLS
3        United States Attorney
4
5
6  Dated: December 6, 2007        /s/
7                                 SARAH RYAN
                                  Assistant U.S. Attorney
8
9
10
11 Dated: December 6, 2007        /s/
12                                HARVEY P. SACKETT
                                  Attorney for Plaintiff
13                                ROYCE GATHERER
14
15 IT IS SO ORDERED.
16
17
   Dated:  December 6, 2007
18                                _____
                                  HON. ~~HOWARD R. LLOYD~~ Richard Seeborg
19                                United States Magistrate Judge
20
21
22
23
24
25
26
27
28

2

STIPULATION AND ORDER