HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

*E-FILED 1/8/08*

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYCE GATHERER, ) | Civil No. C07-03191 RS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ~~PROPOSED~~ |
| ) | ORDER |
| MICHAEL J. ASTRUE, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time of (30) days up through and including Wednesday, February 6, 2008 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases (13) Plaintiff's counsel currently has before this district court and other district courts that also require briefing in and around this time frame.

1

STIPULATION AND ORDER

|  |  |
|---|---|
|  | SCOTT N. SCHOOLS<br>United States Attorney |
|  | (verbal authorization given by Donna Anderson on Ms. Ryan's behalf) |
| Dated: January 7, 2008 | /s/<br>SARAH RYAN<br>Assistant U.S. Attorney |
| Dated: January 7, 2008 | /s/<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>ROYCE GATHERER |

IT IS SO ORDERED.

Dated: January 8, 2008

HON. RICHARD SEEBORG
United States Magistrate Judge

2

STIPULATION AND ORDER