HARVEY P. SACKETT (72488)
SACKETT AND ASSOCIATES
A PROFESSIONAL LAW CORP.

*E-FILED 1/8/08*

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROYCE GATHERER, ) Civil No. C07-03191 RS
)
    Plaintiff, )
)
v. ) STIPULATION AND ~~PROPOSED~~
) ORDER
MICHAEL J. ASTRUE, )
Commissioner, )
Social Security Administration, )
)
    Defendant. )
_____)

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time of (30) days up through and including Wednesday, February 6, 2008 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases (13) Plaintiff's counsel currently has before this district court and other district courts that also require briefing in and around this time frame.

1

STIPULATION AND ORDER

SCOTT N. SCHOOLS
United States Attorney

(verbal authorization given by Donna Anderson on Ms. Ryan's behalf)

Dated: January 7, 2008        /s/
                              SARAH RYAN
                              Assistant U.S. Attorney

Dated: January 7, 2008        /s/
                              HARVEY P. SACKETT
                              Attorney for Plaintiff
                              ROYCE GATHERER

IT IS SO ORDERED.

Dated: January 8, 2008
                              HON. RICHARD SEEBORG
                              United States Magistrate Judge

STIPULATION AND ORDER