JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
SARAH RYAN, State Bar of Texas 17479500
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134

Attorneys for Defendant

**FILED**
MAR 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROYCE M. GATHERER, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of <br> Social Security, <br><br> Defendant. | CIVIL NO. C-07-07-03191 RS <br><br> STIPULATION AND ORDER OF REMAND |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that this action be remanded to the Defendant, Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. The purpose of the remand is to offer Plaintiff a new hearing and decision.

Upon remand, the Office of Disability Adjudication and Review will remand this case to an Administrative Law Judge (ALJ) and direct him or her to provide Plaintiff with the opportunity for a new hearing at which he may present new evidence if he desires, and the ALJ will update the record as appropriate. At the new hearing, the ALJ will be directed to further consider Plaintiff's residual functional capacity insofar as both his physical and mental impairments are concerned in accordance with the relevant regulations and rulings, and provide rationale therefor with reference to specific

evidence of record. The ALJ will also be directed to re-evaluate the credibility of Plaintiff's subjective complaints in accordance with the relevant Regulations and SSR 96-7p.

Dated: March 3, 2008

/s/ Harvey P. Sackett
HARVEY P. SACKETT
Attorney for Plaintiff
(By Sarah Ryan, by email Permission)

JOSEPH P. RUSSONIELLO
United States Attorney
LUCILLE GONZALES MEIS

Dated: March 3, 2008

By: /s/ Sarah Ryan
SARAH RYAN
Special Assistant United States Attorney

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

Dated: 3/3/08

RICHARD SEEBORG
United States Magistrate Judge