FILED
MAR 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROYCE M. GATHERER,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. C-07-03193 RS<br><br>[~~PROPOSED~~] JUDGMENT |

IT IS HEREBY ADJUDGED that the agency's final decision is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). The Commissioner of Social Security shall assume jurisdiction to conduct further administrative proceedings as set forth in the parties' Stipulation of Remand, filed herein. This constitutes a final judgment under Fed. R. Civ. P. 58.

Dated: 3/3/08

RICHARD SEEBORG
United States Magistrate Judge