1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153          *E-FILED 3/5/08*
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   SARAH RYAN, State Bar of Texas 17479500
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone: (415) 977-8943
      Facsimile: (415) 744-0134
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11

12  ROYCE M. GATHERER,              )
                                    )   CIVIL NO. C-07--03191 RS
13        Plaintiff,                )
                                    )
14        v.                        )   STIPULATION AND ~~PROPOSED~~ ORDER
                                    )   OF REMAND NUNC PRO TUNC
15  MICHAEL J. ASTRUE,              )
    Commissioner of                 )
16  Social Security,                )
                                    )
17        Defendant.                )
                                    )
18  _____  )

19      IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the

20  approval of the Court, that this action be remanded to the Defendant, Commissioner of Social Security,

21  pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. The purpose of the remand is to

22  offer Plaintiff a new hearing and decision. This Stipulation and Order of Remand Nunc Pro Tunc is

23  submitted pursuant to F. R. Civ. P. 60 for the sole purpose of correcting a clerical error in the original

24  Stipulation and Order of Remand filed with the Court on March 3, 2008, in which the case number was

25  erroneously listed as "07-07-3191" and the number of the Judgment entered thereon the same date was

26  erroneously listed as "07-3193." In all respects, the subject matter terms of the parties' stipulation and

27  agreement remains the same. Therefore, the parties agree and stipulate that the Court shall enter an

28  order providing that. effective as of the date of the original order and judgment, March 3, 2008, the

following shall occur:

Upon remand, the Office of Disability Adjudication and Review will remand this case to an Administrative Law Judge (ALJ) and direct him or her to provide Plaintiff with the opportunity for a new hearing at which he may present new evidence if he desires, and the ALJ will update the record as appropriate. At the new hearing, the ALJ will be directed to further consider Plaintiff's residual functional capacity insofar as both his physical and mental impairments are concerned in accordance with the relevant regulations and rulings, and provide rationale therefor with reference to specific evidence of record. The ALJ will also be directed to re-evaluate the credibility of Plaintiff's subjective complaints in accordance with the relevant Regulations and SSR 96-7p.

Dated:  March 5, 2008

*/s/ Harvey P. Sackett*
HARVEY P. SACKETT
Attorney for Plaintiff
(By Sarah Ryan, by email Permission)


JOSEPH P. RUSSONIELLO
United States Attorney
LUCILLE GONZALES MEIS

Dated:  March 5, 2008_____

By: */s/ Sarah Ryan*
SARAH RYAN
Special Assistant United States Attorney


ORDER FOR ENTRY OF JUDGMENT NUNC PRO TUNC

PURSUANT TO STIPULATION, IT IS SO ORDERED the Clerk of Court shall enter a judgment upon the foregoing Stipulation for entry of judgment nunc pro tunc, effective as of March 3, 2008, that this action is reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings in accordance with the stipulation of the parties as set forth above.

Dated:  March 5, 2008
_____
RICHARD SEEBORG
United States Magistrate Judge