*E-FILED 3/5/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROYCE M. GATHERER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>　　　　Defendant. | C 07-03191 RS<br>CIVIL NO. ~~C-07-03191~~ RS<br><br>~~[PROPOSED]~~ JUDGMENT NUNC PRO TUNC |

　　IT IS HEREBY ADJUDGED that the agency's final decision is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). The Commissioner of Social Security shall assume jurisdiction to conduct further administrative proceedings as set forth in the parties' Stipulation of Remand, filed herein. This constitutes a final judgment under Fed. R. Civ. P. 58 and 60, effective as of March 3, 2008.

Dated: March 5, 2008

　　　　　　　　　　　　/s/ Richard Seeborg
　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　United States Magistrate Judge