| | |
|---|---|
| JOSEPH P. RUSSONIELLO<br>United States Attorney<br>LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX<br>SARAH RYAN<br>Special Assistant Regional Counsel | *E-FILED 4/11/08* |

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone 415-977-8978
Facsimile 415-744-0134
Email: sarah.ryan@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROYCE M. GATHERER,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. C-07-3191 RS<br><br>STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)<br>AND ORDER THEREON |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the EAJA in the amount of FIVE THOUSAND SIX HUNDRED DOLLARS AND NO CENTS ($5,600.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920 and 2412(d).

    This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and costs, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of FIVE THOUSAND SIX HUNDRED DOLLARS AND NO CENTS ($5,600.00) in EAJA attorney fees shall constitute a complete release from and bar to any and all claims Plaintiff may have

relating to EAJA fees and costs in connection with this action. Any payment shall be made payable to Plaintiff's counsel, Harvey P. Sackett, as Plaintiff's assignee and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: March _____, 2008          */s/ Harvey P. Sackett*
                                      HARVEY P. SACKETT
                                      (as authorized by facsimile)
                                      Attorney for Plaintiff

Dated: March 27, 2008          JOSEPH P. RUSSONIELLO
                                    United States Attorney


By: */s/ Sarah Ryan*
      SARAH RYAN
      Special Assistant U.S. Attorney

Attorneys for Defendant

United States Social Security Administration

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROYCE M. GATHERER, )<br>       Plaintiff, )<br>          v. )<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>       Defendant. )<br>_____ ) | CIVIL NO. C-07-3191 RS<br><br>[~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

    Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that Plaintiff's counsel, HARVEY P. SACKETT, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the amount of FIVE THOUSAND SIX HUNDRED DOLLARS AND NO CENTS ($ 5,600.00) and no costs., as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: April 11, 2008

_____
HON. RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE