JOSEPH P. RUSSONIELLO
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
SARAH RYAN
Special Assistant Regional Counsel

*E-FILED 4/11/08*

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone 415-977-8978
    Facsimile 415-744-0134
    Email: sarah.ryan@ssa.gov

    Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROYCE M. GATHERER, ) <br>     Plaintiff, ) <br>        v. ) <br> MICHAEL J. ASTRUE, ) <br>   Commissioner of Social Security, ) <br>     Defendant. ) | CIVIL NO. C-07-3191 RS <br><br> STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) <br> AND ORDER THEREON |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the EAJA in the amount of FIVE THOUSAND SIX HUNDRED DOLLARS AND NO CENTS ($5,600.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920 and 2412(d).

    This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and costs, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of FIVE THOUSAND SIX HUNDRED DOLLARS AND NO CENTS ($5,600.00) in EAJA attorney fees shall constitute a complete release from and bar to any and all claims Plaintiff may have

relating to EAJA fees and costs in connection with this action. Any payment shall be made payable to Plaintiff's counsel, Harvey P. Sackett, as Plaintiff's assignee and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: March _____, 2008
/s/ Harvey P. Sackett
HARVEY P. SACKETT
(as authorized by facsimile)
Attorney for Plaintiff

Dated: March 27, 2008
JOSEPH P. RUSSONIELLO
United States Attorney

By: /s/ Sarah Ryan
SARAH RYAN
Special Assistant U.S. Attorney

Attorneys for Defendant

United States Social Security Administration

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROYCE M. GATHERER, ) | CIVIL NO. C-07-3191 RS |
| Plaintiff, ) | |
| ) | [~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |
| v. ) | |
| MICHAEL J. ASTRUE, ) Commissioner of Social Security, ) | |
| Defendant. ) | |

    Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that Plaintiff's counsel, HARVEY P. SACKETT, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the amount of FIVE THOUSAND SIX HUNDRED DOLLARS AND NO CENTS ($ 5,600.00) and no costs., as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: April 11, 2008

_____
HON. RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE